IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-121-JLK**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**GEORGE E. COOK,**

        Defendant.

---

### MINUTE ORDER

---

Judge John L. Kane **ORDERS**

    This matter is set for a Supervised Release Modification Hearing on **September 9, 2011 at 10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street., Denver, Colorado.

---

Dated: August 4, 2011